# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAVID ROMAN, et al.,

      v.

NORTHWEST TRUSTEE SERVICES, INC., et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5585BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendants' motion to dismiss (Dkt. 7) is **GRANTED** and Plaintiffs' claims are **DISMISSED with prejudice.**

December 14, 2010

WILLIAM M. McCOOL
Clerk

*s/CM Gonzalez*
Deputy Clerk